**SECOND DIVISION**
**BARNES, P. J.,**
**MILLER, and RAY, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**August 25, 2015**

# In the Court of Appeals of Georgia

A13A2150. CALLAWAY et al. v. GARNER et al.

BARNES, Presiding Judge.

In *Estate of Callaway v. Garner*, 297 Ga. 52 (772 SE2d 668) (2015), the Supreme Court of Georgia reversed Division 3 of our opinion in *Callaway v. Garner*, 327 Ga. App. 67 (755 SE2d 526) (2014), in which we affirmed the trial court's award of prejudgment interest under OCGA § 13-6-13. We therefore vacate Division 3 of our earlier opinion and adopt the opinion of the Supreme Court with respect to that division as our own.[1] Consequently, in accordance with the Supreme Court's opinion, we reverse the trial court's award of prejudgment interest under OCGA § 13-6-13,

---

[1] The Supreme Court did not address the other divisions of our earlier opinion. Because "those portions of our earlier opinion are consistent with the Supreme Court's opinion, those [d]ivisions become binding upon the return of the remittitur." (Citation and punctuation omitted.) *Reliance Trust Co. v. Candler*, 327 Ga. App. 231 (761 SE2d 356) (2014). Accordingly, as explained in our earlier opinion, the trial court's grant of specific performance is affirmed, and the trial court's award of attorney fees is reversed.

and we remand for the trial court to determine whether prejudgment interest instead may be awarded under OCGA § 7-4-15.

*Judgment affirmed in part and reversed in part, and case remanded with direction. Miller and Ray, JJ., concur.*